M. J. STAVOLA, INC., *ET AL.*, v.
EDWARD DAUBNER, SR., *ET AL.*

September 24, 1970. Petition for Certification denied.

ROBERT S. SINCLAIR v. NANCY SINCLAIR

September 24, 1970. Petition for Certification denied.

DONALD A. ROBINSON v. HOWARD HALLBERG, *ET AL.*

DONALD A. ROBINSON v. REA M. SHAPIRO, *ET AL.*

September 24, 1970. Petition for Certification denied. (See 110 *N. J. Super.* 364).

FIORE DI COSTANZO v. MATTHEWS CONSTRUCTION CO.

September 24, 1970. Petition for Certification granted. (See 110 *N. J. Super.* 383).

FRIENDLY CONSUMER DISCOUNT CO., v.
MARY MC G. HERMAN, *ET AL.*

September 24, 1970. Petition for Certification denied.

STATE OF NEW JERSEY v. CHARLES SMITH

September 24, 1970. Petition for Certification denied.